UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
  IN THE MATTER OF REASSIGNMENT

                                NOTICE OF REASSIGNMENT

            OF

  CASES FROM HON. STEPHEN C. ROBINSON

-------------------------------------------------X

  The cases on the attached list are reassigned to the calendar of:

  JUDGE GRIESA

  The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: November 12, 2010

                                Ruby J. Krajick, CLERK

                                Cecilia Rudden
               By: _____
                                Deputy Clerk

cc: Attorneys of Record

Judge Robinson to Judge Griesa Reassignments

06CV5815
07CV11416
08CV6759
09CV874
09CV4006
09CV7440
09CV9527
10CV133
10CV1550
10CV4937