UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

DIANE RANNO

                 Plaintiff,

Case No. 09-civ-7440 (SCR)

   -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY et al.    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579   My State Bar Number is 2104347

I am,

[✓] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
                     FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
                     FIRM TELEPHONE NUMBER: 212-422-0202
                     FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                     FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
                     FIRM TELEPHONE NUMBER: 212-422-0202
                     FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011                    s/_____
                                          ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

Lee Nuwesra, Esq.
Law Offices of Lee Nuwesra
1623 Unionport Road, Suite 101
Bronx, New York 10462

                                              s/
                                       Michael H. Bernstein (MB 0579)

Dated:    New York, New York
             April 29, 2011