UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANE RANNO,                                                   Civil Action No.:
                                                               09 Civ. 7440 (SCR)
                        Plaintiff,

    -against-                                                  **AMENDED CERTIFICATE
                                                               OF SERVICE**

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and CNA FINANCIAL CORPORATION,                         DOCUMENT
                                                               ELECTRONICALLY FILED
                        Defendant.

------------------------------------------------------------------X


       I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached

NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May

4, 2011, upon the following:

> Lee Nuwesra, Esq.
> Law Offices of Lee Nuwesra
> Attorneys for Plaintiff
> 1623 Unionport Road, Suite 101
> Bronx, New York 10462
> (718) 942-4294

Dated:  New York, New York
        May 5, 2011

                                        Yours, etc.,

                                        s/_____
                                        MICHAEL H. BERNSTEIN (MB-0579)
                                        SEDGWICK LLP
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004-2400
                                        Telephone: (212) 422-0202
                                        Facsimile:  (212) 422-0925
                                        (SDMA File No. 02489-000093)
                                        **Attorneys for Defendant**
                                        Hartford Life Insurance Company

NY/699516v1

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached

**AMENDED CERTIFICATE OF SERVICE** (on behalf of Oxford) was served by ECF on May 5, 2011,

upon the following:

>Lee Nuwesra, Esq.
>Law Offices of Lee Nuwesra
>Attorneys for Plaintiff
>1623 Unionport Road, Suite 101
>Bronx, New York 10462
>(718) 942-4294

Dated:  New York, New York
        May 5, 2011

>s/_____
>MICHAEL H. BERNSTEIN (MB 0579)
> SEDGWICK, DETERT, MORAN &
> ARNOLD LLP
> Attorneys for Defendants
> HARTFORD LIFE AND ACCIDENT
> INSURANCE COMPANY and CNA FINANCIAL
> CORPORATION
> 125 Broad Street, 39th Floor
> New York, New York 10004
> Telephone: (212) 422-

NY/699516v1