UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DIANE RANNO,

                Plaintiff,

      -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and CNA
FINANCIAL CORPORATION,

                Defendant.
-------------------------------------------------------X

Civ. Act. No.: 09 Civ. 7440 (TPG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned counsel for all appearing parties to the above-entitled action, that pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P., the Court dismiss this lawsuit with prejudice, and without attorney's fees or costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

It is also hereby stipulated and agreed, that this Stipulation of Dismissal may be executed in counterparts and all signatures faxed or sent electronically shall have the same force as though executed in the original.

Dated: New York, New York
        March 21, 2012

_____
Lee Nuwesra   (LN 5851)
Law Offices of Lee Nuwesra
1623 Unionport Road, Suite 101
Bronx, New York 10462
*Attorneys for Plaintiff*

_____
Michael H. Bernstein
John T. Seybert
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
*Attorneys for Defendant*

SO ORDERED

_____
HON. THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

4/5/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/12

NY/849682v1